181 So. 924

**Taylor Lamar ROBINSON v. STATE.**

6 Div. 273.

Court of Appeals of Alabama.
May 17, 1938.

Bealle & Mize, J. M. Ward, and Mayfield & Mayfield, all of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

186 So. 923

**Beck ROBISON v. STATE.**

8 Div. 739.

Court of Appeals of Alabama.
Jan. 24, 1939.

Wm. Stell, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

176 So. 925

**Smith ROGERS v. STATE.**

8 Div. 548.

Court of Appeals of Alabama.
Oct. 26, 1937.

BRICKEN, Presiding Judge.
Affirmed.

181 So. 924

**Irwin ROMINE v. STATE.**

8 Div. 653.

Court of Appeals of Alabama.
May 24, 1938.

T. C. Almon, of Decatur, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

178 So. 926

**S. C. ROOKS v. Fannie HALE.**

8 Div. 571.

Court of Appeals of Alabama.
Jan. 20, 1938.

PER CURIAM.
Appeal dismissed for want of prosecution.

180 So. 901

**T. S. ROUSE v. STATE.**

5 Div. 57.

Court of Appeals of Alabama.
April 19, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.